# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON L. ZAMUDIO, <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY, INC., <br><br> Defendant. | Case No.: 20-CV-0070 W (AHG) <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On December 26, 2019, this Court received a Conditional Transfer Order ("CTO") from the Judicial Panel on Multidistrict Litigation ("JPMDL") transferring the related case, *Zamudio v. 3M Company, Inc.*, 19cv2277 (the "Related Case"), to the Northern District of Florida. (*See CTO* [Doc. 6, case 19-cv-2277].) Thereafter, Plaintiff filed a notice of opposition to the CTO. (*See Stay of CTO* [Doc. 9, case 19-cv-2277].) As a result, the JPMDL issued a stay of the CTO to allow for resolution of Plaintiff's challenge. (*Id*.) Because of the JPMDL's order, the Related Case was transferred back to this Court, where it was assigned the current / new case number, 20-cv-0070. (*See*

1

*1/09/2020 Minute Entry* [Doc. 11, case 20-cv-0070].) Because this case and the Related Case are identical, on January 16, 2020, this case was transferred to this Court. (*See 2/16/2020 Minute Entry* [Doc. 14, case 20-cv-0070].)

On or about January 28, 2020, the JPMDL denied Plaintiff's challenge, reinstated the CTO and transferred the case to the Northern District of Florida. (*See 1/28/2020 Minute Entry* [Doc. 19, case 19-cv-2277].) In light of the reinstatement of the CTO and transfer of the Related Case, the Court **ORDERS** this case **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: February 21, 2020

Hon. Thomas J. Whelan
United States District Judge